UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GOSPEL MINISTRIES INTERNATIONAL, INC.**

    Plaintiff

v.                                                                        Cause No. 1:21-CV-00566 MV/JMR

**PREMIER PROPERTY SALES, LTD.,**
**CLAY CHESTER, Individually and as President of**
**PREMIER PROPERTY SALES, LTD.,**
**DYLAN STORMONT, Individually,**
**DEWAYNE'S AIRCRAFT SERVICES, LLC,**

    Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the parties' Amended Stipulation of Dismissal [Doc. 123], which the Court construes as an unopposed motion for an order of dismissal. The Court finds that the parties' request for dismissal of this action is well-taken and will be granted.

**IT IS ORDERED** that this action is dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure with each party to bear their own costs and attorney fees.

_____
**MARTHA VÁZQUEZ**
**Senior United States District Judge**